```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 61131
   GERALDINE BRYANT
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3323


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/16/2005 and was confirmed 01/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
GREATER SUBURBAN ACCEPTA UNSECURED        13161.69           .00            .00
CAPITAL ONE              UNSECURED          883.08           .00            .00
IL DEPT OF EMPLOYMENT SE UNSECURED        11062.18           .00            .00
HSBC AUTO FINANCE        SECURED           7000.00          1216.04        2823.67
HSBC AUTO FINANCE        UNSECURED         6457.14           .00            .00
ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED          .00            .00
ACCOUNT RECOVERY SERVICE NOTICE ONLY      NOT FILED          .00            .00
AFNI                     NOTICE ONLY      NOT FILED          .00            .00
ALLIED INTERNATIONAL CRE NOTICE ONLY      NOT FILED          .00            .00
ALLIED INTERSTATE        NOTICE ONLY      NOT FILED          .00            .00
MEMBER SERVICES CENTER   UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING  FILED LATE        1870.00           .00            .00
CCS                      UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED         1016.25           .00            .00
DEBT CREDIT SERVICES     UNSECURED        NOT FILED          .00            .00
DEP                      UNSECURED        NOT FILED          .00            .00
DEP                      UNSECURED        NOT FILED          .00            .00
ENHANCED RECOVERY CORPOR NOTICE ONLY      NOT FILED          .00            .00
E R SOLUTIONS INC        NOTICE ONLY      NOT FILED          .00            .00
EVANSTON NORTHWESTERN HE UNSECURED        NOT FILED          .00            .00
FBCS INC                 UNSECURED        NOT FILED          .00            .00
FNB MARIN                UNSECURED        NOT FILED          .00            .00
FIRST PREMIERE BANK      UNSECURED          622.78           .00            .00
HSBC                     UNSECURED        NOT FILED          .00            .00
IL DEPT OF EMPLOYMENT SE NOTICE ONLY      NOT FILED          .00            .00
K MART                   UNSECURED        NOT FILED          .00            .00
RICHARD R DELLA LAW OFFI NOTICE ONLY      NOT FILED          .00            .00
LINEBARGER GOGAN BLAIR & NOTICE ONLY      NOT FILED          .00            .00
LINEBARGER GOGAN BLAIR & NOTICE ONLY      NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED        NOT FILED          .00            .00
MERRICK BANK             UNSECURED        NOT FILED          .00            .00
MICHAEL C HOSKINS        UNSECURED        NOT FILED          .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 61131 GERALDINE BRYANT
```

```
MONEY CONTROL              UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED          647.04             .00             .00
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
REVENUE PRODUCTION MGT     UNSECURED       NOT FILED            .00             .00
RISK MANAGEMENT ALTERNAT   UNSECURED       NOT FILED            .00             .00
SPRINT                     UNSECURED       NOT FILED            .00             .00
STATE FARM INSURANCE       UNSECURED       NOT FILED            .00             .00
US CELLULAR                UNSECURED       NOT FILED            .00             .00
VANRU CREDIT CORP          NOTICE ONLY     NOT FILED            .00             .00
WESTLAKE COMMUNITY HOSPI   UNSECURED       NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      210.00            .00          210.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                           394.29
DEBTOR REFUND              REFUND                                               .00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  6,844.00

PRIORITY                                          210.00
SECURED                                         2,823.67
    INTEREST                                    1,216.04
UNSECURED                                            .00
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              394.29
DEBTOR REFUND                                        .00
                         ---------------    ---------------
TOTALS                   6,844.00               6,844.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 11/19/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 05 B 61131 GERALDINE BRYANT